UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIXIN AZARMEHR,<br><br>    Plaintiff<br><br>v.<br><br>WELLS FARGO CLEARING SERVICES LLC ADVISORS,<br><br>    Defendant | Case No.: 2:25-cv-00088-APG-BNW<br><br>**Order Denying Motion to Dismiss as Moot**<br><br>[ECF No. 15] |

In light of the amended complaint (ECF No. 24),

I ORDER that the defendant's motion to dismiss **(ECF No. 15) is DENIED as moot** because it is directed at the original complaint.

DATED this 31st day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE