1

2  **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No.10851)
3  3740 Lakeside Drive, Suite 202
Reno, Nevada 89509
4  Telephone: 775-322-4697
E-mail: michael.ayers@qpwblaw.com
5

6  **BRYAN CAVE LEIGHTON PAISNER LLP**
EMMET P. ONG (CA Bar No. 334461)
7  *(Admitted Pro Hac Vice)*
Three Embarcadero Center, 7th Floor
8  San Francisco, CA 94111-4070
Telephone: (415) 675-3459
9  E-mail: emmet.ong@bclplaw.com

10
JOSHUA C. HESS (GA Bar No. 371139)
11  *(Admitted Pro Hac Vice)*
One Atlantic Center, 14th Floor
12  1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
13  Telephone: (404) 572-6722
E-mail: josh.hess@bclplaw.com
14

15  CALLIE KUTASI (IL Bar No. 6346014)
*(Admitted Pro Hac Vice)*
16  161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
17  Telephone: (312) 602-5067
E-mail: callie.kutasi@bclplaw.com
18

19  *Attorneys for Defendant*

20

21                 **UNITED STATES DISTRICT COURT**

22                       **DISTRICT OF NEVADA**

23  LIXIN AZARMEHR *et al.*,                Case No. 2:25-cv-00088-APG-BNW

24                         Plaintiffs,      **JOINT STIPULATION TO EXTEND
                                            TIME TO RESPOND TO AMENDED
25            v.                            COMPLAINT AND SET BRIEFING
                                            SCHEDULE**
26  WELLS FARGO CLEARING SERVICES
    LLC (a/k/a WELLS FARGO ADVISORS),      **(Second Request)**
27
                          Defendant.
28

1    Plaintiffs Lixin Azarmehr; JL Real Estate Development Corporation; Nevada Skilled Nursing

2  Lender, LLC; and Nevada Skilled Nursing Development, LLC (collectively "Plaintiffs"), and

3  Defendant Wells Fargo Clearing Services, LLC (a/k/a Wells Fargo Advisors) ("Defendant"), by and

4  through their undersigned counsel, hereby submit this Joint Stipulation to Extend Time to Respond

5  to Amended Complaint and Set Briefing Schedule.

6    Plaintiffs filed their complaint on January 14, 2025, and served Defendant on January 15,

7  2025. ECF Nos. 1, 6.  On March 7, 2025, Defendant filed its motion to dismiss the complaint.  ECF

8  No. 15.  On March 28, 2025, Plaintiffs filed an amended complaint with an errata to the amended

9  complaint to include exhibits being filed on March 31, 2025. ECF Nos. 24, 25.  Defendant's motion

10  to dismiss the complaint was denied as moot on March 31, 2025. ECF No. 26.  Defendant has

11  notified Plaintiffs that it intends to file a motion to dismiss the amended complaint.  The parties

12  conferred and agreed to jointly request that the Court extend the time for Defendant to respond to the

13  amended complaint and enter the following schedule for the motion to dismiss:

14    • Defendant's motion to dismiss is due by April 25, 2025

15    • Plaintiffs' opposition is due by May 23, 2025

16    • Defendant's reply is due by June 13, 2025

17    The parties respectfully submit that proceeding this way would present the most efficient use

18  of judicial and party resources.

19    This is the second request to extend the deadline for Defendant to respond to a complaint.

20    IT IS SO STIPULATED.

21  Dated: April 2, 2025                                    Respectfully submitted,

22                                                          BRYAN CAVE LEIGHTON PAISNER LLP

23                                                          */s/ Emmet P. Ong*

24                                                          EMMET P. ONG*
                                                            Bryan Cave Leighton Paisner LLP
25                                                          Three Embarcadero Center, 7th Floor
                                                            San Francisco, CA 94111-4070
26                                                          E-mail:      emmet.ong@bclplaw.com
                                                            Telephone:   (415) 675 3459
27

28                                                          *Admitted pro hac vice*

1

*Attorneys for Defendant*

Dated: April 2, 2025

Respectfully submitted,

BERLINER CORCORAN & ROWE LLP

*/s/ Jared R. Butcher*
JARED R. BUTCHER*
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
E-mail:      jbutcher@bcrlaw.com
Telephone:    (202) 293-5555
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the foregoing

stipulation is approved and the deadline for Defendant to file its motion to dismiss the amended

complaint is April 25, 2025. Plaintiffs' opposition is due by May 23, 2025. Defendant's reply is due

by June 13, 2025. ~~The Court will hold a hearing on the motion to dismiss on~~

~~_____ 2025, beginning at _____.~~

IT IS SO ORDERED

_____

UNITED STATES MAGISTRATE JUDGE

Date: _April 7, 2025_____

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Bryan Cave Leighton Paisner LLP and that on the 2nd day of April 2025, I served a true and correct copy of the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE (SECOND  REQUEST), via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Callie Kutasi*