**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael R. Ayers, Esq. (NV Bar No.10851)
3740 Lakeside Drive, Suite 202
Reno, Nevada 89509
Telephone: 775-322-4697
E-mail: michael.ayers@qpwblaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
EMMET P. ONG (CA Bar No. 334461)
*(Admitted Pro Hac Vice)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3459
E-mail: emmet.ong@bclplaw.com

JOSHUA C. HESS (GA Bar No. 371139)
*(Admitted Pro Hac Vice)*
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone: (404) 572-6722
E-mail: josh.hess@bclplaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIXIN AZARMEHR *et al.*,<br><br>                     Plaintiffs,<br><br>     v.<br><br>WELLS FARGO CLEARING SERVICES LLC (a/k/a WELLS FARGO ADVISORS),<br><br>                    Defendant. | Case No. 2:25-cv-00088-APG-BNW<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>**(Third Request)** |

Plaintiffs Lixin Azarmehr; JL Real Estate Development Corporation; Nevada Skilled Nursing Lender, LLC; and Nevada Skilled Nursing Development, LLC (collectively "Plaintiffs"), and Defendant Wells Fargo Clearing Services, LLC (a/k/a Wells Fargo Advisors) ("Defendant"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Extend Time to Respond to Second Amended Complaint and Set Briefing Schedule.

On March 28, 2025, Plaintiffs filed their first amended complaint ("FAC") with an errata to the FAC to include exhibits being filed on March 31, 2025.  ECF Nos. 24, 25.  Defendant moved to dismiss the FAC on April 25, 2025.  ECF No. 30.  On December 3, 2025, the Court issued an order granting in part and denying in part Defendant's motion to dismiss the FAC, and granting Plaintiffs leave to file an amended complaint by January 6, 2026.  ECF No. 38.  On January 6, 2026, Plaintiffs filed their second amended complaint ("SAC").  ECF No. 40.

Defendant has notified Plaintiffs that it intends to file a motion to dismiss the SAC.  The parties conferred and agreed to jointly request that the Court extend the time for Defendant to respond to the SAC and enter the following schedule for the motion to dismiss:

- Defendant's motion to dismiss is due by January 27, 2026
- Plaintiffs' opposition is due by February 24, 2026.  Plaintiffs' lead counsel will be in trial February 9-20 and therefore requests an extension until February 24 for Plaintiffs' opposition.
- Defendant's reply is due by March 17, 2026

The parties respectfully submit that proceeding this way would present the most efficient use of judicial and party resources.

This is the third request to extend the deadline for Defendant to respond to a complaint.

IT IS SO STIPULATED.

Dated: January 13, 2026                    Respectfully submitted,

                                           BRYAN CAVE LEIGHTON PAISNER LLP

                                           */s/ Emmet P. Ong*
                                           EMMET P. ONG*
                                           Bryan Cave Leighton Paisner LLP
                                           Three Embarcadero Center, 7th Floor

1

San Francisco, CA 94111-4070
E-mail:       emmet.ong@bclplaw.com
Telephone:    (415) 675 3459
*Admitted pro hac vice*

*Attorneys for Defendant*

Dated: January 13, 2026                                    Respectfully submitted,

BERLINER CORCORAN & ROWE LLP

/s/ Melvin White
MELVIN WHITE*
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
E-mail:       mwhite@bcrlaw.com
Telephone:    (202) 375-7884
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the foregoing stipulation is approved and the deadline for Defendant to file its motion to dismiss the second amended complaint is January 27, 2026.  Plaintiffs' opposition is due by February 24, 2026.  Defendant's reply is due by March 17, 2026.

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

Date:_January 14, 2026_

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Bryan Cave Leighton Paisner LLP and that on the 13th day of January 2026, I served a true and correct copy of the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE (THIRD  REQUEST), via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.


/s/*Emmet P. Ong*

3