**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Rachel L. Shelstad. (NV Bar No.13399)
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
Telephone: 702.751.3003
E-mail: rachel.shelstad@qpwblaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
EMMET P. ONG (CA Bar No. 334461)
*(Admitted PHV)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3459
E-mail: emmet.ong@bclplaw.com

JOSHUA C. HESS (GA Bar No. 371139)
*(Admitted PHV)*
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone: (404) 572-6722
E-mail: josh.hess@bclplaw.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LIXIN AZARMEHR, et al., | Case No: 2:25-cv-00088-APG-BNW |
|       Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| WELLS FARGO CLEARING SERVICES LLC (a/k/a WELLS FARGO ADVISORS), | |
|       Defendants. | |

Pursuant to LR 11-6, it is hereby stipulated by and between the undersigned counsels that RACHEL L. SHELSTAD of the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 2370 Corporate Circle, Suite 160, Henderson, Nevada 89074; Telephone 702.751.3003, as attorney of record in place and stead of Michael Ayers and Christopher Lund, formally of Quintairos, Prieto,

/ / /

/ / /

QPWB
ATTORNEYS

Wood & Boyer, P.A., now of GORDON REES SCULLY MANSUKHANI  in the above-entitled matter and as Designated Resident Nevada Counsel in this matter for BRYAN CAVE LEIGHTON PAISNER LLP.

DATED this _11th_ day of March, 2026.

By: _____
WELLS FARGO CLEARING SERVICES
a/k/a WELLS FARGO ADVISORS.

Geoff Beckham, Assistant General Counsel
Printed name/title

.

## CONSENT TO SUBSTITUTION

MICHAEL AYERS, of Gordon Rees Scully Mansukhani, hereby agrees and consents to the substitution of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., as counsel of record for Defendant, Wells Fargo Clearing Services a/k/a Wells Fargo Advisors., in the above-entitled action.

DATED this ____ day of March, 2026.

GORDON REES SCULLY MANSUKHANI

By: _____

MICHAEL AYERS
Nevada Bar No. 10851
1 East Liberty Street, Suite 424
Reno, Nevada 89501

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /


QPWB
ATTORNEYS

2

Wood & Boyer, P.A., now of GORDON REES SCULLY MANSUKHANI in the above-entitled matter and as Designated Resident Nevada Counsel in this matter for BRYAN CAVE LEIGHTON PAISNER LLP.

DATED this _____ day of March, 2026.

By: _____
WELLS FARGO CLEARING SERVICES
a/k/a WELLS FARGO ADVISORS.

_____
Printed name/title

.

## CONSENT TO SUBSTITUTION

MICHAEL AYERS, of Gordon Rees Scully Mansukhani, hereby agrees and consents to the substitution of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., as counsel of record for Defendant, Wells Fargo Clearing Services a/k/a Wells Fargo Advisors., in the above-entitled action.

DATED this 3rd day of March, 2026.

GORDON REES SCULLY MANSUKHANI

By: _____
MICHAEL AYERS
Nevada Bar No. 10851
1 East Liberty Street, Suite 424
Reno, Nevada 89501

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



2

**CONSENT TO SUBSTITUTION AND APPOINTMENT OF DESIGNATED RESIDENT**

**NEVADA COUNSEL**

BRYAN CAVE LEIGHTON PAISNER LLP, hereby agrees and consent to the substitution of Rachel L. Shelstad, of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., as counsel of record for Defendant, Wells Fargo Clearing Services a/k/a Wells Fargo Advisors, in the above-entitled action, and the appointment of Rachel L. Shelstad, as their Designated Resident Nevada Counsel in this matter.

DATED this 18th day of March, 2026.

BRYAN CAVE LEIGHTON PAISNER LLP

/s/ Emmet P. Ong

EMMET P. ONG (CA Bar No. 334461)
*(Admitted PHV)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3459
E-mail: emmet.ong@bclplaw.com

/s/ Joshua C. Hess

JOSHUA C. HESS (GA Bar No. 371139)
*(Admitted PHV)*
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone: (404) 572-6722
E-mail: josh.hess@bclplaw.com

*Attorneys for Defendant Wells Fargo Clearing Services a/k/a Wells Fargo Advisors*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



**ACCEPTANCE OF SUBSTITUTION AND DESIGNATION OF RESIDENT ATTORNEY**

I, RACHEL L. SHELSTAD, am duly admitted to practice in this District and on behalf of the law firm QUINTAIROS, PRIETO, WOOD & BOYER, P.A., who has been retaiend by Defendant, Wells Fargo Clearing Services a/k/a Wells Fargo Advisors, in this matter, and herey agrees and consents to the substitution as counsel of record for Defendant Wells Fargo Clearing Services a/k/a Wells Fargo Advisors. Further, I, Rachel L. Shelstad, pursuant to the requirments of Local Rules of Practice for this Court, consent to serve as designated associate resident Nevada counsel for Emmet P. Ong and Joshua C. Hess, of the law firm BRYAN CAVE LEIGHTON PAISNER LLP, granted pro hac vice admission in this action on March 13, 2025.

DATED this _19th_ day of March, 2026.

**QUINTAIROS, PRIETO, WOOD**
**& BOYER, P.A.**

By:    /s/ Rachel L. Shelstad_____
      Rachel L. Shelstad
      2370 Corporate Circle, Suite 160
      Henderson, Nevada 89074
      702.751.3003
      *Attorney for Defendant Wells Fargo*
      *Clearing Services LLC, a/k/a Wells Fargo*
      *Advisors*

**ORDER.** Although it appears that some signatures are missing due to the repetition of page two, the stipulation is signed by the newly appearing attorneys, the withdrawing attorneys, and the represented client as required by Local Rule IA 11-6(c). It is therefore GRANTED.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  March 20, 2026

