UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LIXIN AZARMEHR, et al., Plaintiff(s), vs. WELLS FARGO CLEARING SERVICES LLC (a/k/a WELLS FARGO ADVISORS), Defendant(s). | Case #2:25-cv-00088-APG-BNW<br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br>FILING FEE IS $250.00 |

Joy Stotts (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Bryan Cave Leighton Paisner LLP (firm name) with offices at One Atlantic Center, 1201 West Peachtree Street, N.W., 14th Floor (street address), Atlanta (city), Georgia (state), 30309 (zip code), (404) 572-6689 (area code + telephone number), joy.stotts@bclplaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by WELLS FARGO CLEARING SERVICES LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since August 30, 2021 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Georgia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Georgia | 8/30/2021 | 573004 |
| Virginia | 10/12/2012 | 84281 |
| Northern District of Georgia | 10/10/2025 | 573004 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Georgia )
COUNTY OF Fulton )

Joy Stotts, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

9th day of September, 2026.

Notary Public or Clerk of Court

SANDRA STEPHENS
MY COMMISSION EXPIRES
SEPTEMBER 15 2029
HENRY COUNTY, GA
NOTARY PUBLIC

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Rachel L. Shelstad (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2370 Corporate Circle, Suite 160,
(street address)

Henderson, Nevada, 89074,
(city) (state) (zip code)

(702) 751-3003, rachel.shelstad@qpwblaw.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Rachel L. Shelstad (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

_______________________________
(party's signature)

Wells Fargo AGC & Exec. Dir.
(type or print party name, title)

_______________________________
(party's signature)

_______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Rachel
Designated Resident Nevada Counsel's signature

13399 — Bar number
rachel.shelstad@qpwblaw.com — Email address

APPROVED:

Dated: this 7th day of October, 20 26.

_______________________________
UNITED STATES DISTRICT JUDGE

State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Mrs. Mary Joy Stotts**
**BCLP LLP**
**1201 W Peachtree St**
**Atlanta, GA 30309-3449**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **8/30/2021** |
| **BAR NUMBER:** | **573004** |
| **TODAY'S DATE:** | **07/01/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

[signature]

**Official Representative of the State Bar of Georgia**

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Mary Joy Stotts

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Mary Joy Stotts is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 16th day of June
A.D. 2026

By: Erisa Pajalić
*Deputy Clerk*