**BRYAN CAVE LEIGHTON PAISNER LLP**
EMMET P. ONG (CA Bar No. 334461)
(*Admitted pro hac vice*)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3459
E-mail: emmet.ong@bclplaw.com

JOSHUA C. HESS (GA Bar No. 371139)
(*Admitted pro hac vice*)
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone: (404) 572-6722
E-mail: josh.hess@bclplaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
RACHEL SHELSTAD (NV Bar No. 13399)
2370 Corporate Cir., Suite 160
Henderson, Nevada 89074
Telephone: (702) 751-3003
rachel.shelstad@qpwblaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LIXIN AZARMEHR, et al.,

Plaintiffs,

v.

WELLS FARGO CLEARING SERVICES LLC (a/k/a WELLS FARGO ADVISORS),

Defendant.

Case No. 2:25-cv-00088-APG-BNW

**JOINT STIPULATION REGARDING SUBSTANTIAL COMPLETION OF PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

Pursuant to Local Rule 45-1, Plaintiffs and Defendant jointly submit this stipulation requesting an order requiring that the parties substantially complete their productions of electronically stored information ("ESI") by no later than November 16, 2026, consistent with and in the spirit of the Joint Discovery Plan and Scheduling Order, ECF No. 44, filed January 14, 2026, and modified by Minutes of Proceedings, ECF No. 69, filed April 30, 2026, and modified by Minutes of Proceedings, filed August 17, 2026, ECF No. 83.

1. The current discovery cut-off is May 17, 2027, "with the expectation that non-expert discovery will be completed by the end of the year or soon thereafter." ECF No. 83.

2. Fact discovery has been delayed due to difficulties in document collection and production, and in keeping with the spirit of this Court's Order on August 17, 2026 (ECF No. 83), the parties have agreed it would be beneficial to stipulate to a date certain that non-expert ESI production will be substantially completed as to all previously served requests for production for which the parties have agreed to produce responsive documents (the "ESI Production").

3. The parties agree that they will substantially complete ESI Production by no later than November 16, 2026. The November 16, 2026 deadline applies to substantial completion of the Parties' current non-expert ESI production obligations and shall not preclude either Party from serving additional discovery requests, raising deficiencies, seeking supplementation, or pursuing reasonable follow-up requests based on its review of productions made through that date or information obtained through ongoing fact discovery and information gathering. The Parties shall meet and confer in good faith regarding the timing, scope, and resolution of any such requests and any resulting supplemental productions.

4. The parties further acknowledge that, as a result of these delays, it is not feasible to complete all depositions by the end of 2026. Accordingly, the parties will work diligently and cooperatively to schedule and complete the remaining depositions as expeditiously as practicable following substantial completion of their ESI Production.

IT IS SO STIPULATED.

Dated: October 21, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Emmet P. Ong*

Emmet P. Ong (CA Bar No. 334461)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3459
E-mail: emmet.ong@bclplaw.com
* *Admitted pro hac vice*
*Attorneys for Defendant*

Dated: October 21, 2026

Respectfully submitted,

BERLINER CORCORAN & ROWE LLP

*/s/ Melvin White*

Melvin White*
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
E-mail: mwhite@bcrlaw.com
Telephone: (202) 375-7884
**Admitted pro hac vice*
*Attorneys for Plaintiffs*

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

Date: October 22, 2026

CERTIFICATE OF SERVICE

I, Emmet Ong, certify that on October 21, 2026, I caused the foregoing to be filed with the Clerk of the Court via the CM/ECF system, which electronically serves counsel of record.

Dated: October 21, 2026

*/s/ Emmet Ong*
Emmet Ong