**BRYAN CAVE LEIGHTON PAISNER LLP**
EMMET P. ONG (CA Bar No. 334461)
*(Admitted pro hac vice)*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3459
E-mail: emmet.ong@bclplaw.com

JOY STOTTS (GA Bar No. 573004)
*(Admitted pro hac vice)*
JOSHUA C. HESS (GA Bar No. 371139)
(*Admitted pro hac vice*)
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
E-mail: joy.stotts@bclplaw.com
josh.hess@bclplaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
RACHEL SHELSTAD (NV Bar No.13399)
2370 Corporate Cir., Suite 160
Henderson, Nevada 89074
Telephone: (702) 751-3003
E-mail: rachel.shelstad@qpwblaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIXIN AZARMEHR *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO CLEARING SERVICES LLC (a/k/a WELLS FARGO ADVISORS),<br><br>Defendant. | Case No. 2:25-cv-00088-APG-BNW<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO THIRD SET OF INTERROGATORIES AND THIRD REQUESTS FOR PRODUCTION** |

Plaintiffs Lixin Azarmehr; JL Real Estate Development Corporation; Nevada Skilled Nursing Lender, LLC; and Nevada Skilled Nursing Development, LLC (collectively "Plaintiffs"), and Defendant Wells Fargo Clearing Services, LLC (a/k/a Wells Fargo Advisors) ("Defendant"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Extend Defendant's Deadline to Respond to Plaintiffs' Motion to Compel Responses to Plaintiffs' Third Set of Interrogatories and Third Requests for Production, filed on October 23, 2026, ECF No. 94 ("Motion").

Defendant's deadline to file an opposition to the Motion is November 6, 2026. The parties request that the Court extend that deadline to November 11, 2026. Good cause exists because Defendant requires additional time to complete consultations with Wells Fargo personnel concerning the disputed discovery and finalize its response. The requested brief extension will permit Defendant to present a more complete factual record. Plaintiffs agree to the extension.

The parties conferred and agreed to jointly request that the Court extend the time for Defendant to file its opposition to November 11, 2026.

The parties respectfully submit that proceeding this way would present the most efficient use of judicial and party resources.

IT IS SO STIPULATED.

Dated: November 6, 2026

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Joy Stotts*
JOY STOTTS*
One Atlantic Center, 14th Floor
1201 Peachtree St., N.W.
Atlanta, GA 30309-3471
E-mail: joy.stotts@bclplaw.com
Tel.: (415) 572-6600

** Admitted pro hac vice*

*Attorneys for Defendant*

Dated: November 6, 2026

Respectfully submitted,

BERLINER CORCORAN & ROWE LLP

By: */s/ Melvin White*
MELVIN WHITE*
1101 17th Street, NW, Suite 1100
Washington, D.C. 20036
E-mail: mwhite@bcrlaw.com
Tel.: (202) 375-7884

**Admitted pro hac vice*

*Attorneys for Plaintiffs*

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the foregoing stipulation is approved and the deadline for Defendant to file its opposition to Plaintiffs' motion to compel is November 11, 2026.

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

Date: November 9, 2026

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Bryan Cave Leighton Paisner LLP and that on the 6th day of November 2026, I served a true and correct copy of the foregoing JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL RESPONSES TO THIRD SET OF INTERROGATORIES AND THIRD REQUESTS FOR PRODUCTION via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Joy Stotts*
JOY STOTTS*